UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                             :
MAGALY LUGO,                                                 :
                                                             :
                                     Plaintiff,              :
                                                             :                    26-CV-4098 (VSB)
                   -against-                                  :
                                                             :                    **ORDER**
FRANK BISIGNANO, COMMISSIONER OF                             :
SOCIAL SECURITY,                                             :
                                                             :
                                     Defendant.              :
                                                             :
-------------------------------------------------------------- X

VERNON S. BRODERICK, United States District Judge:

On May 18, 2026, I referred this case to Magistrate Judge Barbara C. Moses, the assigned

Magistrate Judge in this matter. To conserve resources, to promote judicial efficiency, and in an

effort to achieve a faster disposition of this matter, it is hereby ORDERED that the parties must

discuss whether they are willing to consent, under 28 U.S.C. § 636(c), to conducting all further

proceedings before the assigned Magistrate Judge. If both parties consent to proceed before the

Magistrate Judge, by June 2, 2026, the parties shall file a fully executed Notice, Consent, and

Reference of a Civil Action to a Magistrate Judge form, a copy of which is available at

https://www.nysd.uscourts.gov/forms/consent-proceed-us-magistrate-judge, or either mail or

email this form to BroderickNYSDChambers@nysd.uscourts.gov. If the Court approves that

form, all further proceedings will then be conducted before the assigned Magistrate Judge rather

than before the undersigned.

If either party does not consent to conducting all further proceedings before the assigned

Magistrate Judge at this time, the parties must file a joint letter by June 2, 2026 advising the

Court that the parties do not consent, but without disclosing the identity of the party or parties

who do not consent. The parties are free to withhold consent without negative consequences.

2

Moreover, the parties are also free to later resume discussions and consent to the jurisdiction of the assigned Magistrate Judge if they desire.

SO ORDERED.

Dated:       May 18, 2026
             New York, New York

_____
Vernon S. Broderick
United States District Judge

2