The DeHaan Law Firm P.C.
Mail: P.O. Box 5248 ▪ Hauppauge, New York 11788 ▪ 631.582.1200
Office: 746 Merrick Road ▪ Baldwin, New York 11510

JOHN W. DEHAAN, ESQ.
WWW.DEHAAN-LAW.COM

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ___________
DATE FILED: 08/06/26

MEMO ENDORSED

August 6, 2026

**Via ECF**
Hon. Barbara C. Moses, U.S. Magistrate Judge
U.S. District Court – S.D.N.Y.
500 Pearl Street
New York, New York 10007-1312

Application GRANTED. SO ORDERED.

Barbara Moses
United States Magistrate Judge
August 6, 2026

**Re: Lugo v. Bisignano, Comm'r of Soc. Sec.**
**Docket No.: 1:26-CV-04098-VSB-BCM**

Dear Magistrate Judge Moses:

I represent the plaintiff, Magaly Lugo, in the above-referenced matter seeking review of the Commissioner's denial of Social Security disability benefits. Candace Brown Casey from the Office of General Counsel represents the Commissioner.

I write in accordance with Local Social Security Rule 4.1 and Your Honor's Individual Practice Rules to request an extension of the briefing schedule in this case with the following changes:

| | Current Deadline | ***New Deadline*** |
|---|---|---|
| Plaintiff to Serve Motion | August 17, 2026 | ***November 4, 2026*** |
| Defendant to Serve Response | September 16, 2026 | ***January 4, 2027*** |
| Plaintiff to Serve Reply | September 30, 2026 | ***January 25, 2027*** |

I make this request because I currently have multiple scheduling conflicts with 12 briefs due in August alone. As a result, I cannot complete the plaintiff's moving papers by the current deadline.

I have consulted with Ms. Brown Casey, and she consents to this request and agrees to the proposed schedule. There have been no prior adjournments of these deadlines.

Respectfully submitted,
**THE DEHAAN LAW FIRM P.C.**
By: /s/ John W. DeHaan
John W. DeHaan, Esq.
jdehaan@dehaan-law.com

cc: Candace Brown Casey, OGC (Via ECF)